No. 605. HITCHCOCK COUNTY, NEBRASKA, PETITIONER, v. JAMES B. PLATT. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. R. Duffie* for petitioner. *Mr. Jesse B. Strode* for respondent.

No. 630. HARRY DODD, TRUSTEE, ETC., PETITIONER, v. A. SAMEL and S. SAUL. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Alex. C. King* and *Mr. Benjamin Z. Phillips* for petitioner. *Mr. Victor Smith* for respondents.

No. 644. THE NEW AMSTERDAM CASUALTY COMPANY, PETITIONER, v. THE EAST TENNESSEE TELEPHONE COMPANY ET AL. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. C. McReynolds* and *Mr. Clarence T. Boyd* for petitioner. *Mr. Wm. L. Granbery* and *Mr. John J. Vertrees* for respondents.

No. 646. C. C. SLAUGHTER, PETITIONER, v. THE MALLET LAND AND CATTLE COMPANY. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles A. Culberson* for petitioner. *Mr. S. H. Cowan* for respondent.

No. 654. JOSEPH H. SAVAGE, PETITIONER, v. M. ADAH SAVAGE. April 9, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Holmes Conrad* for petitioner. *Mr. R. T. Barton* for respondent.